1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TONY CAMPBELL,

12          Plaintiff,              No. CIV S-04-2268 GEB CMK P

13       vs.

14  G. WOODFORD,

15          Defendant.              ORDER

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, has

18  filed this civil rights action seeking relief under 42 U.S.C.

19  § 1983.  The matter was referred to a United States Magistrate

20  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21  Order No. 262.

22          On May 9, 2005, the magistrate judge filed findings and

23  recommendations herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the findings

25  and recommendations were to be filed within twenty days.

26

                                  1

1  Plaintiff has filed objections to the findings and

2  recommendations.[1]

3       In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the court finds the findings and recommendations to

7  be supported by the record and by proper analysis.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1.  The findings and recommendations filed May 9, 2005,

10 are adopted in full; and

11      2.  This action is dismissed, without prejudice, for

12 failure to exhaust administrative remedies.

13 Dated:  June 21, 2005

14

15                         /s/ Garland E. Burrell, Jr.
                           GARLAND E. BURRELL, JR.
16                         United States District Judge

17

18

19

20

21

22

23

24      [1]Although plaintiff included a proof of service, he failed
   to properly serve defendants as required by Federal Rule of Civil
25 Procedure 5 and Local Rule 5-135(b) and (c).  Instead, on his
   proof of service he lists the party that he served as the Clerk
26 of the U.S. District Court.